07/29/05

5 RLY

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ALL SEASONS SERVICES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 05-11498 RCL** |
| **DARRIN SMITH,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR ADMISSION PRO HAC VICE
## OF PATRICK V. MELFI, ESQ.
(Local Rule 83.5.3(b))

Pursuant to Local Rule 83.5.3(b), I, Robert P. Joy, a member of the bar of this Court and counsel for the Defendant in this action, respectfully move the admission, *pro hac vice*, of Patrick V. Melfi, whose certificate is appended hereto as required by Local Rule 83.5.3(b). Grounds for this motion are as follows:

I am a partner in the law firm of Morgan Brown and Joy, LLP, 200 State Street, Boston, Massachusetts. I am a member in good standing of the bar of Commonwealth of Massachusetts. I am counsel for Defendant in this matter.

Attorney Melfi is a member of the law firm of Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202.

Attorney Melfi is admitted to practice in the Illinois and New York state courts and the United States District Courts for the Northern District of Illinois and the Northern District of New York. He is a member in good standing and eligible to practice in each of the courts in which he has been admitted and is not currently suspended or disbarred in any jurisdiction and is not the subject of any disciplinary proceedings. *See* attached Certificate of Patrick V. Melfi.

Attorney Melfi will remain at all times associated in this case with the undersigned

counsel.

Pursuant to Local Rule 83.5.3(b), this Court has discretion to admit any member in good

standing of a bar of another federal court, or of the highest court of any state, to practice in this

Court with respect to a particular action.  Local Rule 83.5.3(b) provides as follows:

> An attorney who is a member of the bar of any United States District Court or the bar of
> the highest court of any state may appear and practice in this court in a particular case by
> leave granted in the discretion of the court, provided he files a certificate that (1) he is a
> member of the bar in good standing in every jurisdiction where he has been admitted to
> practice; (2) there are no disciplinary proceedings pending against him as a member of
> the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United State
> District Court for the District of Massachusetts; and provided, further, his application for
> leave to practice in this court is on motion of a member of the bar of this court, who shall
> also file an appearance.

Pursuant to Local Rule 83.5.3(b), Attorney Melfi is qualified to appear as counsel *pro hac vice*

for the purposes of this action.

WHEREFORE, the undersigned counsel prays that this motion to admit Patrick V. Melfi

*pro hac vice* be granted.

Dated at Boston, Massachusetts this 27th day of ꠰July꠰.

MORGAN, BROWN AND JOY LLP

By: _____
Robert P. Joy
Morgan Brown and Joy, LLP
200 State Street
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Tracy Thomas Boland, hereby certify that a true copy of the above document was
served upon the attorney of record for each other party by first-class mail, postage prepaid, on
July 26, 2005.

Tracy Thomas Boland