UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALL SEASONS SERVICES, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 05-11498 RCL |
| ) | |
| DARRIN SMITH, ) | |
| ) | |
| *Defendant.* ) | |

## CERTIFICATE OF PATRICK V. MELFI

Pursuant to Local Rule 83.5.3(b), I, Patrick V. Melfi, do certify:

1. I am an attorney with the law firm of Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, NY 13202, (315) 218-8632.

2. I am admitted to practice in the Illinois and New York State courts and the United States District Courts for the Northern District of Illinois and the Northern District of New York. I was admitted to practice to the Illinois courts (*IL ARDC No. 6225627*) and the Northern District of Illinois in November 1994. I was admitted to practice in New York courts in February 2004 and the Northern District of New York in May 2004 (*NDNY Bar Roll No. 513164*).

3. I am a member in good standing of every jurisdiction in which I am admitted to practice.

4.   There are no disciplinary proceedings pending against me in any jurisdiction.

5.   I am familiar with the Local Rules of this Court.

6.   I will practice at all times, and for this matter only, in association with Robert P. Joy, who is admitted to practice before this Court.

*[signature]*
Patrick V. Melfi

Subscribed and sworn to before me
this 20th day of July, 2005

*[signature]* Valerie A. Beard
Notary Public

VALERIE A. BEARD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN MADISON CO. NO. 9820***
MY COMMISSION EXPIRES JUNE 30, 2006

2